| | |
|---|---|
| 1 | William C. Lewis, Esq., Bar No. 77193 |
| | Sally A. Morello, Esq., Bar No. 122814 |
| 2 | LAW OFFICES OF WILLIAM C. LEWIS |
| | 510 Waverley Street |
| 3 | Palo Alto, CA 94301-2009 |
| | Telephone: (650) 322-3300 |
| 4 | Facsimile: (650) 327-9720 |
| 5 | Attorneys for Debtor |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-51087-ASW-11 |
| | ) | |
| WHITE TIGER PROPERTIES LLC, a | ) | RS No.: |
| California Limited Liability Company, | ) | |
| | ) | JOINT STATUS CONFERENCE |
| Debtor. | ) | STATEMENT |
| | ) | |
| | ) | Date: July 14, 2005 |
| | | Time: 10:15 AM |
| | | Judge: A.S. Weissbrodt |

**COMES NOW**, White Tiger Properties LLC, a California limited liability company ("Debtor"), and Secured Creditors Andrew Alan Lewis, Trustee for The Andrew Alan Lewis Revocable Trust dated Jan. 5, 1984, Sanford Johnson, Victoria Johnson, Thomas Rancatore and Margaret Rancatore, Trustees for The Thomas Rancatore and Margaret Rancatore Trust dated July 10, 2002, Jacob Tanz and Wendy L. Tanz, Trustees for The Tanz Family 1996 Trust, PENSCO Pension Services, Custodian FBO William Burgett IRA, and Talmy Rauch, Trustee for The Talmy Rauch Trust dated Feb. 14, 2000, and presents the following Joint Status Conference Statement:

JOINT STATUS CONFERENCE STATEMENT     1

1   The parties have entered into a settlement of various economic and
2   legal issues between them.  Debtor has filed its proposed Plan of
3   Reorganization ("Plan") and the Plan incorporates the settlement provisions.

4   Dated: July 6, 2005				LAW OFFICES OF WILLIAM C. LEWIS

						By:	/s/ William C. Lewis
							William C. Lewis
							Attorneys for Debtor

7   Dated: July 6    , 2005			LAW OFFICE OF MICHAEL E. STONE

						By:	/s/ Michael E. Stone
							Michael E. Stone
							Attorneys for Secured Creditors

JOINT STATUS CONFERENCE STATEMENT    2