William C. Lewis, Esq., Bar No. 77193
Sally A. Morello, Esq., Bar No. 122814
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 05-51087-ASW-11 |
| WHITE TIGER PROPERTIES LLC, a California Limited Liability Company, | AMENDED STATUS CONFERENCE STATEMENT |
| Debtor. | Date: October 11, 2005<br>Time: 10:45 AM<br>Judge: A.S. Weissbrodt |

**COMES NOW**, White Tiger Properties LLC, a California limited liability company ("Debtor"), and presents the following Amended Status Conference Statement:

1. The confirmation hearing for approval of Debtor's reorganization plan is currently scheduled for October 11, 2005 at 10:45 AM. Debtor intends to appear at the hearing and request a continuance to November 7, 2005 at 11:00 AM.

2. Debtor has advised its secured creditors of its intent to continue the hearing.

3. Debtor's request for continuance will be based on the need of the buyer to finalize its financing with its lender and equity investors.

Dated: October ___4___, 2005          LAW OFFICES OF WILLIAM C. LEWIS

                                       By:   /s/ William C. Lewis
                                             William C. Lewis
                                             Attorneys for Debtor

AMENDED STATUS CONFERENCE STATEMENT                                    1