William C. Lewis, Esq., Bar No. 77193
Sally A. Morello, Esq., Bar No. 122814
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 05-51087-ASW-11 |
| WHITE TIGER PROPERTIES LLC, a California Limited Liability Company, | STATUS CONFERENCE STATEMENT |
| Debtor. | Date: October 11, 2005<br>Time: 10:45 AM<br>Judge: A.S. Weissbrodt |

**COMES NOW**, White Tiger Properties LLC, a California limited liability company ("Debtor"), and presents the following Status Conference Statement:

l. The confirmation hearing for approval of Debtor's reorganization plan is scheduled for October 11, 2005 at 10:45 AM. Debtor intends to proceed with confirmation of its proposed reorganization plan.

Dated: October __25__, 2005          LAW OFFICES OF WILLIAM C. LEWIS

                                     By:   /s/ William C. Lewis
                                            William C. Lewis
                                     Attorneys for Debtor

STATUS CONFERENCE STATEMENT          1